# United States Court of Appeals
## For the First Circuit

No. 01-1969

UNITED STATES OF AMERICA,

Appellee,

v.

MICHAEL HORNBECKER,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on January 9, 2003 is amended as follows:

Page 9, line 24: Replace "See pages 7-8, above." with "See page 8, above."

Page 10, line 6: Replace "suppression remedy is" with "suppression is".

Page 12, line 7: Replace "See p. 7, above." with "See page 8, above."

Page 13, Footnote 3, line 12: Replace "See p. 4, above." with "See pgs. 4-5, above."